UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN MULLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16CV1484 JAR |
| ) | |
| RICHARD LISENBEE, et al, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action, filed under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(a)(2), a party seeking such leave is required to submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff has not done so. A "certified copy" is one that has been certified by an authorized prison officer that it is a true and correct copy.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff must submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.

Dated this 22nd day of September, 2016.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE