# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STEVEN MULLINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:16-CV-1484 JAR |
| RICHARD LISENBEE, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 10] is **DENIED**.

Dated this 25th day of October, 2016.

　　　　　　　　　　　　／s／ John A. Ross
　　　　　　　　　　　　**JOHN A. ROSS**
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**